IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RODERICK TONEY
#889771                                                                                          PLAINTIFF

v.                              No. 4:25-cv-473-DPM

BROOK COLE, Administrator, Prairie
County Detention Center and RICK
PARSON, Sheriff, Prairie County
Detention Center                                                                            DEFENDANTS

ORDER

Unopposed recommendation, *Doc. 4*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Toney's complaint will be dismissed with prejudice. Strike recommended. 28 U.S.C. § 1915(g). Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 July 2026