# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

RODERICK TONEY
#889771                                                                    PLAINTIFF

v.                          No. 4:25-cv-473-DPM

BROOK COLE, Administrator, Prairie
County Detention Center and RICK
PARSON, Sheriff, Prairie County
Detention Center                                                           DEFENDANTS

## JUDGMENT

Toney's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 July 2025